HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO AYALA,<br><br>       Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>       Defendants. | CASE NO. C13-285RAJ<br><br>ORDER DISMISSING CASE |

In the court's September 17, 2013 order granting Defendants' motion to dismiss, the court ordered Plaintiff to "submit his amended complaint no later than October 11, 2013, or the court will dismiss this case with prejudice."  Dkt. # 14.

Mr. Ayala did not submit an amended complaint.  The court accordingly DISMISSES this case with prejudice and directs the clerk to enter judgment for Defendants.

DATED this 17th day of October, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1