HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO AYALA,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

    Defendants.

CASE NO. C13-285RAJ

ORDER

The court has reviewed the declaration of Plaintiff's counsel (Dkt. # 18) in response to the court's November 5 order (Dkt. # 17) vacating the judgment in this case. The declaration demonstrates that the email that the court received on October 11 was from Plaintiff's wife, and that Plaintiff himself does not intend to pursue this action.

Accordingly, the court directs the clerk to enter judgment for Defendants.

DATED this 3rd day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1